No. 750. BLAIR, JUDGE OF THE CIRCUIT COURT OF COLE COUNTY, MISSOURI *v.* MISSOURI EX REL. LUCAS, SUPERINTENDENT. March 10, 1941. Petition for writ of cer-

tiorari to the Supreme Court of Missouri denied. *Mr. John T. Barker* for petitioner. *Messrs. Roy McKittrick,* Attorney General of Missouri, *Covell R. Hewitt, Harry H. Kay,* Assistant Attorneys General, and *Charles L. Henson* for respondent.